OPINION — AG — ** COURTHOUSE — IMPROVEMENTS ** THE EXPENDITURE OF MONEY FROM THE COURT FUND FOR " REPAIR, MAINTENANCE AND IMPROVEMENT " OF THE COUNTY COURTHOUSE MUST BE AUTHORIZED BY ORDER OF THE (1) DISTRICT JUDGE, (2) COUNTY JUDGE (3) COUNTY ATTORNEY, AND THAT SUCH EXPENDITURES MAY BE MADE ONLY AFTER AN PROPER APPROPRIATION BY THE COUNTY EXCISE BOARD. (REPAIR, COURT FUND, AIR CONDITIONED) CITE: 62 O.S. 323 [62-323], OPINION NO. JANUARY 24, 1952 — BARRY (JAMES P. GARRETT)